# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-660-935**

Effective date of registration:

October 17, 2012

---

## Title

| | |
|---|---|
| Title of Work: | The Company You Keep |
| Nature of Work: | Motion Picture |

## Completion/Publication

Year of Completion: 2012

## Author

| | |
|---|---|
| ■ Author: | TCYK, LLC |
| Author Created: | Producer of Motion Picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | TCYK, LLC |
| | 6360 Deep Dell Pl, Los Angeles, CA, 90068 |
| Transfer Statement: | By Written Agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | A Novel; A Screenplay |
| Previously registered: | No |
| Previous registration and year: | PAu 3 578-816   2011 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | Added Principal Photography, Music, Effects, Etc. |

## Certification

| | |
|---|---|
| Name: | Nicholas Chartier |
| Date: | October 17, 2012 |

Registration #: PAU003660935
Service Request #: 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048

# EXHIBIT B

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 98.227.115.25 | 2/5/14 09:56:46 PM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Joliet |
| 2 | 98.206.18.155 | 1/30/14 01:25:59 AM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Dekalb |
| 3 | 98.213.178.107 | 1/25/14 07:55:37 PM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Chicago |
| 4 | 24.7.213.229 | 1/21/14 10:15:50 PM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Darien |
| 5 | 50.198.30.17 | 1/20/14 08:36:51 PM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Chicago |
| 6 | 67.175.58.130 | 1/20/14 07:25:04 PM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Northbrook |
| 7 | 50.151.5.224 | 1/18/14 01:29:09 AM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Chicago |
| 8 | 68.60.242.187 | 1/11/14 11:26:37 PM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Joliet |
| 9 | 50.179.131.132 | 1/9/14 02:37:15 AM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Cicero |
| 10 | 68.46.223.162 | 1/8/14 12:21:24 PM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Rockford |
| 11 | 50.158.32.156 | 1/5/14 03:48:03 PM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Oswego |
| 12 | 67.167.201.239 | 1/4/14 09:46:25 AM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Chicago |
| 13 | 50.151.42.246 | 1/3/14 01:59:59 PM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Chicago |
| 14 | 50.178.217.205 | 1/2/14 04:20:00 AM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Buffalo Grove |
| 15 | 68.57.219.184 | 12/28/13 01:47:29 AM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Chicago |
| 16 | 98.193.76.117 | 12/26/13 08:15:07 PM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Homer Glen |
| 17 | 98.206.106.47 | 12/24/13 09:13:57 PM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | South Holland |
| 18 | 50.103.32.68 | 12/23/13 02:09:03 AM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Frontier Communications | Illinois | Loves Park |
| 19 | 67.173.82.168 | 12/19/13 07:03:40 AM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Palatine |
| 20 | 24.1.22.35 | 12/10/13 10:12:53 AM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Elgin |
| 21 | 67.176.210.163 | 12/2/13 06:44:40 PM | The Company You Keep (2012) [1080p] | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Illinois | Rockford |